# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

TYLER SMITH,

        Appellant

          v.

PENNSYLVANIA PAROLE BOARD, ET AL.,

        Appellees

: No. 28 WAP 2021
:
: Appeal from the Order of the
: Commonwealth Court entered
: September 28, 2021 at No. 317 MD
: 2021.
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 29th day of September, 2022, the Order of the Commonwealth Court is **AFFIRMED**.